IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KENNETH C. RUMP, | No. C 09-03271 SI |
|---|---|
| Plaintiff, | SECOND |
| v. | **PRETRIAL PREPARATION ORDER** |
| PHILIPS LIFELINE, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 4, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 2, 2010.

DESIGNATION OF EXPERTS: 8/2/10; REBUTTAL: 8/13/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2010

DISPOSITIVE MOTIONS **SHALL** be filed by October 1, 2010;

Opp. Due October 15, 2010;  Reply Due October 22, 2010;

and set for hearing no later than November 5, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 11, 2011 at 3:30 PM.

COURT TRIAL DATE: January 18, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.
The parties shall participate in a follow up ENE session during the week of 2/22/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

*Susan Illston*

SUSAN ILLSTON
United States District Judge