Ray T. Rockwell, Esq.   SBN:  78902
ray@rtrlegal.com
Justin M. Fossum, Esq. SBN: 254970
justin@rtrlegal.com
LAW OFFICES OF RAY T. ROCKWELL
2255 Morello Avenue, Suite 240
Pleasant Hill, CA  94523
(925) 932-7785 Phone
(925) 932-8316 Fax

Attorneys for Plaintiff KENNETH C. RUMP

THOMAS M. MCINERNEY, Esq. SBN: 162055
tmm@ogletreedeakins.com
ERICA K. ROCUSH, Esq. SBN: 262354
Erica.rocush@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
(415) 442-4810 Phone
(415) 442-4870 Fax

Attorneys for Defendants
LIFELINE SYSTEMS COMPANY and LIFELINE SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. RUMP,<br><br>                    Responding Party,<br><br>v.<br><br>PHILIPS LIFELINE, an entity; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No: 3:09-CV-03271<br><br>**STIPULATION RE DUE DATE FOR AND FORMAT OF DEFENDANTS' OPPOSITION PAPERS TO PLAINTIFF'S MOTION FOR ORDER REOPENING DISCOVERY PROCEEDINGS** |

WHEREAS, under the Court's Standing Order of May 2006, parties seeking the Court's intervention in a discovery dispute shall submit the dispute to the Court for consideration via letter brief;

---

**STIPULATION RE DUE DATE FOR AND FORMAT OF DEFENDANTS' OPPOSITION PAPERS TO PLAINTIFF'S MOTION FOR ORDER REOPENING DISCOVERY PROCEEDINGS**
RUMP V. PHILIPS LIFELINE, ET AL.
CASE NO. 3:09-CV-03271

1  WHEREAS, the plaintiff in this action filed a noticed motion with the court for an order
2  reopening discovery proceedings, said motion to be heard on October 5, 2010 at 9:00 a.m.;
3  WHEREAS, the undersigned parties desire to comply with the Court's Standing Order of
4  May 2006;
5  NOW THEREFORE, KENNETH C. RUMP, the plaintiff in this action, ("Plaintiff") and
6  LIFELINE SYSTEMS COMPANY and LIFELINE SYSTEMS, INC., the defendants,
7  ("Defendants") stipulate and consent, in writing, as follows:
8  
9  (1) Defendants shall file a response to Plaintiff's Motion for Order Reopening Discovery
10 Proceedings no later than Friday, September 17, 2010 in the same format that Plaintiff utilized
11 for his noticed motion;
12  (2) Plaintiff shall file no reply to Defendants' opposition papers;
13  (3) The Motion for Order Reopening Discovery Proceedings shall be submitted on the
14 papers, and the hearing thereon scheduled for October 5, 2010 shall be vacated; and
15  (4) In the event that the Court determines that the issue requires oral argument, the
16 parties hereto request that an alternate date for a conference be selected because counsel for
17 Defendants has a prior commitment scheduled on October 5, 2010.
18
19
20 Dated: September 10, 2010         /s/ Erica Rocush_____
                                    ERICA ROCUSH, ESQ.
21                                  Attorney for Defendants LIFELINE SYSTEMS
                                    COMPANY and LIFELINE SYSTEMS, INC.
22
23 Dated: September 10, 2010         /s/ Ray T. Rockwell_____
                                    RAY T. ROCKWELL, ESQ.
24                                  Attorney for Plaintiff KENNETH C. RUMP
25
26            SO ORDERED. _____
27                                  UNITED STATES DISTRICT COURT JUDGE
28
29
30

**STIPULATION RE DUE DATE FOR AND FORMAT OF DEFENDANTS' OPPOSITION PAPERS TO PLAINTIFF'S MOTION FOR ORDER REOPENING DISCOVERY PROCEEDINGS**
RUMP V. PHILIPS LIFELINE, ET AL.
CASE NO. 3:09-CV-03271

Ray T. Rockwell, Esq.   SBN: 78902
ray@rtrlegal.com
LAW OFFICES OF RAY T. ROCKWELL
2255 Morello Avenue, Suite 240
Pleasant Hill, CA 94523
(925) 932-7785 Phone
(925) 262-2379 Fax

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. RUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS LIFELINE, an entity; and DOES 1-50, inclusive,<br><br>Defendants. | Case No: CV 09 3271<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within case; my business address is: 2255 Morello Avenue, Suite 240, Pleasant Hill, California 94523. On this day I caused to be served the document(s) listed below:

**STIPULATION RE DUE DATE FOR AND FORMAT OF DEFENDANTS' OPPOSITION PAPERS TO PLAINTIFF'S MOTION FOR ORDER REOPENING DISCOVERY PROCEEDINGS**

Lifeline Systems Company          represented by Thomas Michael McInerney
CERTIFICATE OF SERVICE
                                                 Ogletree Deakins Nash Smoak &

RUMP v. PHILIPS LIFELINE, et al.                                                                              1
Case No. CV 09 3271

<pre>
                                        Stewart, P.C.
                                        Steuart Tower, Suite 1300
                                        One Market Plaza
                                        San Francisco, CA 94105
                                        415-442-4810
                                        Fax: 415-442-4870
                                        Email: tmm@ogletreedeakins.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Erica Kristen Rocush**
                                        Ogletree Deakins Nash Smoak &
                                        Stewart
                                        Steuart Tower, Suite 1300
                                        One Market Plaza
                                        San Francisco, CA 94105
                                        (415) 442-4810
                                        Fax: (415) 442-4870
                                        Email:
                                        erica.rocush@ogletreedeakins.com
                                        *ATTORNEY TO BE NOTICED*
</pre>

By emailing or electronically transmitting, based upon agreement of the parties to accept service by e-mail or electronic transmission, the documents to the person at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2010 at Pleasant Hill, California.

/s/

_____

Donna P. White

---

**CERTIFICATE OF SERVICE**

RUMP v. PHILIPS LIFELINE, et al.
Case No. CV 09 3271