1 Ray T. Rockwell, Esq.   SBN: 78902
ray@rtrlegal.com
2 Justin M. Fossum, Esq. SBN: 254970
justin@rtrlegal.com
3 LAW OFFICES OF RAY T. ROCKWELL
4 2255 Morello Avenue, Suite 240
Pleasant Hill, CA  94523
5 (925) 932-7785 Phone
(925) 932-8316 Fax
6

7 Attorneys for Plaintiff KENNETH C. RUMP

8 THOMAS M. MCINERNEY, Esq. SBN: 162055
tmm@ogletreedeakins.com
9 ERICA K. ROCUSH, Esq. SBN: 262354
Erica.rocush@ogletreedeakins.com
10 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
11 Steuart Tower, Suite 1300
One Market Plaza
12 San Francisco, CA 94105
(415) 442-4810 Phone
13 (415) 442-4870 Fax
14
Attorneys for Defendants
15 LIFELINE SYSTEMS COMPANY and LIFELINE SYSTEMS, INC.

16

17                    IN THE UNITED STATES DISTRICT COURT

18             FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| KENNETH C. RUMP,<br><br>                    Responding Party,<br><br>v.<br><br>PHILIPS LIFELINE, an entity; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No: 3:09-CV-03271<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Date:  November 30, 2010<br>Time: 10:00 a.m. |

    WHEREAS attorney Ray T. Rockwell, counsel for KENNETH C. RUMP, the plaintiff in this action, will be the trial attorney in the instant action;

WHEREAS Mr. Rockwell has a scheduling conflict with the settlement conference scheduled in the instant action for November 30, 2010;

WHEREAS the parties hereto desire to participate in a settlement conference several weeks in advance of the pretrial conference scheduled in the action for January 11, 2010; and

WHEREAS the earliest date that the settlement conference can be re-scheduled before Magistrate Judge Maria-Elena James, the presiding judge for the settlement conference, is January 11, 2010;

NOW THEREFORE, KENNETH C. RUMP, the plaintiff in this action, ("Plaintiff") and LIFELINE SYSTEMS COMPANY and LIFELINE SYSTEMS, INC., the defendants, ("Defendants") stipulate and consent, in writing, as follows:

(1) Plaintiff and Defendants stipulate to a continuance of the Settlement Conference currently scheduled for November 30, 2010 at 10:00 a.m. before The Honorable Maria-Elena James.

(2) Plaintiff and Defendants request that the Court refer the settlement conference to a new judge in order to allow the parties to re-schedule the settlement conference in advance of the pretrial conference.

Dated: November ___, 2010

/s/ Erica Rocush
ERICA ROCUSH, ESQ.
Attorney for Defendants LIFELINE SYSTEMS COMPANY and LIFELINE SYSTEMS, INC.

Dated: November ___, 2010

/s/ Ray T. Rockwell
RAY T. ROCKWELL, ESQ.
Attorney for Plaintiff KENNETH C. RUMP

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE
RUMP V. PHILIPS LIFELINE, ET AL.
CASE NO. 3:09-CV-03271